UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

JOSE EVERADO BRISENO-CONTRERAS (1),

          Defendant.

CASE NO. 12cr0288-1

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

XX the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

XX of the offense(s) as charged in the Indictment:

    21:841(a)(1) and 846 - Conspiracy to Distribute Methamphetamine

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JANUARY 10, 2013

                               M. James Lorenz
                               U.S. District Judge